UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

PATRICIA A. GODFREY,

    Plaintiff,                                                      Civil Action No. 10-CV-13610

vs.                                                                  HON. BERNARD A. FRIEDMAN

COMMISSIONER OF
SOCIAL SECURITY,

    Defendant.
_____/

**ORDER ACCEPTING AND ADOPTING**
**MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION**

        This matter is presently before the court on cross motions for summary judgment. Magistrate Judge Michael Hluchaniuk has issued a Report and Recommendation ("R&R") in which he recommends that plaintiff's motion be granted, defendant's motion be denied, and the matter be remanded for further proceedings. Neither party has objected to the R&R and the time for doing so has expired. The court has reviewed the file and the R&R and finds the magistrate judge's analysis and recommendation to be sound. Accordingly,

        IT IS ORDERED that Magistrate Judge Hluchaniuk's Report and Recommendation is hereby accepted and adopted as the findings and conclusions of the court.

        IT IS FURTHER ORDERED that defendant's motion for summary judgment is denied.

        IT IS FURTHER ORDERED that plaintiff's motion for summary judgment is granted

and that this matter is remanded to the commissioner for further administrative proceedings, as directed in the magistrate judge's Report and Recommendation.


                                        S/Bernard A. Friedman_____
                                        BERNARD A. FRIEDMAN
                                        SENIOR UNITED STATES DISTRICT JUDGE

August 31, 2011